**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARKO HERNANDEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SUNDAY, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:21-CV-0290-MMD-CLB<br><br>**ORDER GRANTING, IN PART, DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE STIPULATION FOR DISMISSAL**<br><br>[ECF No. 12] |

Defendants filed a motion for enlargement of time to file stipulation for dismissal. (ECF No. 12.) The motion states defense counsel has been unable to coordinate the signing of the documents as provided by the terms of the settlement agreement. (*Id.*) Other than this one statement, the motion is entirely devoid of a legal or factual basis for an extension of time. At the conclusion of the mediation on March 8, 2022, the parties were afforded a generous amount of time -- 30 days -- to file the stipulation to dismiss so that counsel would have adequate time to coordinate the signing of documents. (ECF No. 11.)

Therefore, the Court finds the request for extension of time until April 22, 2022 unwarranted and **GRANTS** the motion only in part. A stipulation to dismiss shall be filed on or before **Tuesday, April 12, 2022. No further extensions of time will be granted absent extraordinary circumstances.**

**DATED**: April 8, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**