AARON D. FORD
Attorney General
LANCE C. WHITE, Bar No. 10274
Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1159
E-mail: lwhite@ag.nv.gov

*Attorneys for Defendants,*
*David Halsey and Adam Caldwell*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARKO ANTONIO HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SUNDAY, et al.,<br><br>Defendants. | CASE NO. 3:21-cv-00290-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Marko Antonio Hernandez and Defendants, David Halsey and Adam Caldwell, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Lance C. White, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 22 day of April 2022.

*(signature)*
MARKO ANOTION HERNANDEZ #94209
*Plaintiff*

DATED this 6 day of May 2022

AARON D. FORD
Attorney General

By: *(signature)*
LANCE C. WHITE, Bar No. 10274
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

*(signature)*
UNITED STATES DISTRICT JUDGE

DATED: _____May 9, 2022_____

1